```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 08 B 09266
    WILLIE J JOHNSON JR
                                            CHAPTER 13

                                            JUDGE: JACK B SCHMETTERER

            Debtor
    SSN XXX-XX-8929


--------------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
      The case was filed on 04/16/2008 and was not confirmed.

      The case was dismissed without confirmation 07/16/2008.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT      INTEREST       PRINCIPAL
                                                              PAID           PAID
--------------------------------------------------------------------------------
DEUTSCHE BANK NATIONAL T   NOTICE ONLY      NOT FILED              .00            .00
GMAC MORTGAGE              CURRENT MORTG          .00              .00            .00
GMAC MORTGAGE              MORTGAGE ARRE   19400.00              .00            .00
ILLINOIS DEPT OF REVENUE   PRIORITY        NOT FILED              .00            .00
INTERNAL REVENUE SERVICE   PRIORITY          7974.15              .00            .00
CITIFINANCIAL              UNSECURED       NOT FILED              .00            .00
CITY OF CHICAGO PARKING    UNSECURED          390.00              .00            .00
CITY OF CHICAGO PARKING    UNSECURED       NOT FILED              .00            .00
CITY OF CHICAGO PARKING    UNSECURED       NOT FILED              .00            .00
CITY OF CHICAGO PARKING    NOTICE ONLY     NOT FILED              .00            .00
FIRST EQUITY CARD          UNSECURED       NOT FILED              .00            .00
SPRINT PCS                 UNSECURED       NOT FILED              .00            .00
SPRINT PCS                 UNSECURED       NOT FILED              .00            .00
WASHINGTON MUTUAL CARD S   UNSECURED       NOT FILED              .00            .00
GMAC MORTGAGE              NOTICE ONLY     NOT FILED              .00            .00
OCWEN FEDERAL BANK         CURRENT MORTG          .00              .00            .00
OCWEN FEDERAL BANK         SECURED NOT I          .00              .00            .00
INTERNAL REVENUE SERVICE   UNSECURED         5227.27              .00            .00
EMC MORTGAGE CORPORATION   CURRENT MORTG          .00              .00            .00
EMC MORTGAGE CORPORATION   SECURED NOT I   41135.77              .00            .00
EMC MORTGAGE CORPORATION   NOTICE ONLY     NOT FILED              .00            .00
STARKS & BOYD PC           DEBTOR ATTY            .00                             .00
TOM VAUGHN                 TRUSTEE                                                .00
DEBTOR REFUND              REFUND                                                 .00

      Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                           RECEIPTS            DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                         .00

PRIORITY                                              .00
SECURED                                               .00
UNSECURED                                             .00
ADMINISTRATIVE                                        .00

                   PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 08 B 09266 WILLIE J JOHNSON JR
```

```
TRUSTEE COMPENSATION                                                         .00
DEBTOR REFUND                                                                .00
                                   ---------------      ---------------
TOTALS                                        .00                   .00
```

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


```
                                   /s/ Tom Vaughn
  Dated: 10/29/08                  _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE
```